227 So.2d 147

Mrs. Beatrice Bourgeois ERDAL

v.

Gary B. ERDAL.

No. 50063.

Oct. 23, 1969.

In re: Gary B. Erdal applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 224 So.2d 544.

The application is denied. There appears no error of law in the judgment complained of.

227 So.2d 148

George J. ROUX

v.

NEW ORLEANS POLICE DEPARTMENT.

No. 50065.

Oct. 23, 1969.

In re: George J. Roux applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Civil Service Commission of the City of New Orleans, No. 440–A. 223 So.2d 905.

Writ refused. We find no error of law in the judgment of the Court of Appeal.